**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7635**

UNITED STATES OF AMERICA,

        Petitioner - Appellee,

    v.

DANIEL H. KING,

        Respondent - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:10-hc-02009-FL)

Submitted: July 19, 2018                  Decided: August 28, 2018

Before GREGORY, Chief Judge, and NIEMEYER and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis C. Allen, Acting Federal Public Defender, Eric Joseph Brignac, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant. Robert J. Higdon, Jr., United States Attorney, Joshua B. Royster, Assistant United States Attorney, Michael Lockridge, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King, a District of Columbia Code offender civilly committed under the Adam Walsh Child Protection and Safety Act, appeals the district court's order denying his motion to vacate his civil commitment. We have reviewed the record and King's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. King*, No. 5:10-hc-02009-FL (E.D.N.C. Dec. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*